UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOHN BARTOLOTTI,

MEMORANDUM AND ORDER

                          Plaintiff,                        CV 06-5760

       -against-                            (Wexler, J.)

KEYSPAN ENERGY,

                  Defendant.
--------------------------------------------------------X
APPEARANCES:

      LAW OFFICE OF STEVEN A. MORELLI
      BY: STEVEN A. MORELLI, ESQ.
      Attorney for Plaintiff
      One Old Country Road, Suite 347
      Carle Place, New York 11514

      CULLEN & DYKMAN, LLP
      BY: THOMAS B. WASSEL, ESQ.
      Attorneys for Defendants
      100 Quentin Roosevelt Boulevard
      Garden City, New York 11530-4850

WEXLER, District Judge

      In this action brought pursuant to the Americans With Disabilities Act, in which Plaintiff

claims that he was discriminated against based upon a perceived disability, Defendant moves for

summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Upon

consideration of the papers in support of and in opposition to the motion, this Court finds that

genuine issues of material fact exist precluding the entry of summary judgment with respect to

Plaintiffs' claims and Defendants' defenses. See Fed. R. Civ. P. 56(c) (a party seeking summary

judgment must demonstrate that "there is no genuine issue of any material fact and that the

moving party is entitled to a judgment as a matter of law."); <u>Celotex Corp. v. Catrett</u>, 477 U.S. 317, 322 (1986); <u>Donohue v. Windsor Locks Bd. of Fire Comm'rs</u>, 834 F.2d 54, 57 (2d Cir. 1987). Accordingly, Defendant's motion for summary judgment is denied. The denial of the motion is without prejudice to renewal at the close of the case. The Clerk of the Court is directed to terminate the motion.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
      May 1, 2008